Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

| | |
|---|---|
| Allison M. Shaw and E█ R█ Jr. | Case No. _____ |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ✔Yes ☐No |
| -v- | |
| John Doe Officers One - Sixteen | RECEIVED |
| | OCT 1 1 2023 |
| *Defendant(s)* | AT 8:30_____M |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | CLERK, U.S. DISTRICT COURT - DNJ |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Names of the Troopers that came into my home and invaded it on March 9th, 2022
The ones that are in bold and at the top underlined are the ones that were in charge and
made the calls to drop the knock and announce without approval from the prosecutor
violating Attorney Generals Directive 2021-12 putting everyone's life in danger. Every single
one of the names of this paper is getting sued for all the same claims I put on the actual form
for the first two Troopers. Every single name is a defendant they are all  New Jersey State
Trooper's Metro South and all the addresses are 71 W. Park Ave Vineland NJ 08360 all of the
individuals violated  Allison M. Shaw, E███ R███ Jr , Christopher M. Shaw

1. **Trooper Douglas Zee**

2. **Trooper Bernard Tennant**

3. **Trooper Kenneth Langefield**

4. Trooper Ryan Chiodi

5. Trooper Louis Locchetto

6. Trooper Michael Urbano

7. Trooper Timothy Shaub

8. Trooper Michael Falciani

9. Trooper Brett McCormick

10. Trooper Dennis Ehret

11. Trooper Paul Golden

12. Trooper Michael Depinto

13. Trooper Zachary Van Fossen

14. Trooper Scott Breland

15. Trooper Nigel Shockley

16. Trooper Todd Brown

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Allison M. Shaw |
| Address | 6737 Doris Dr |
| | Millville     NJ     08332 |
| | *City*     *State*     *Zip Code* |
| County | Cumberland |
| Telephone Number | (856) 213-0229 |
| E-Mail Address | allisoncamp09@aol.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | John Doe Officers One - Sixteen |
| Job or Title *(if known)* | New Jersey State Trooper |
| Address | 71 W. Park Ave |
| | Vineland     NJ     08360 |
| | *City*     *State*     *Zip Code* |
| County | Cumberland |
| Telephone Number | (856)794-5844 |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | *City*     *State*     *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

|  | City | State | Zip Code |
|---|---|---|---|

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

|  | City | State | Zip Code |
|---|---|---|---|

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Danger Creation Doctrine, The Fourth and Fourteenth Amendment Right to Bodily Privacy, Section 1983 Liability for the Acts of Others, Conspiracy Liability, Liability for Failure to Prevent Harm to Others, Excessive Force, Official Misconduct, Deprivation of Civil Rights, Supervisor Liability, Municipal Liability Failure to follow Acceptable Police Practice and Policies, Intimidation, Failure to Intervene, State Created Danger, Gross Negligence, Unlawful Entry into Home, Deliberate Indifference, Infringement of

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Danger Creation Doctrine, The Fourth and Fourteenth Amendment Right to Bodily Privacy, Section 1983 Liability for the Acts of Others, Conspiracy Liability, Liability for Failure to Prevent Harm to Others, Excessive Force, Official Misconduct, Deprivation of Civil Rights, Supervisor Liability, Municipal Liability Failure to follow Acceptable Police Practice and Policies, Intimidation, Failure to Intervene, State Created Danger, Gross Negligence, Unlawful Entry into Home, Deliberate Indifference, Infringement of

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

2089 N. Delsea Dr. Lot 49

B.   What date and approximate time did the events giving rise to your claim(s) occur?

4:03 am on March 9th, 2022

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Shock, Fear, Fright, Embarrssed, Traumutized, Humiliated Both me and my Son now suffer from PTSD and has Panic attacks. Since the Situated we had to relocate. Both me and son including my husband Christopher M. Shaw our fourth and fourteeth amendant rights were violated

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Monetary Compensation for mental infliction of emotional distressed, monetary compensatio for any and all rights being violated, 1.3 million

Page 5 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    10-5-23

Signature of Plaintiff    *Allison M Shaw*

Printed Name of Plaintiff    Allison M Shaw

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

| | City | State | Zip Code |
|---|---|---|---|

Telephone Number    _____

E-mail Address    _____

Page 6 of 6